# E X H I B I T

# B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANNMARIE MOTA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. _____ |
| v. | § | |
| | § | |
| BEACON BAY ASSET | § | |
| MANAGEMENT, LLC, | § | |
| JAMES VIRGIL WILLIS, and | § | |
| GLENN KLUPSAK | § | |
| | § | |
| *DefendantS.* | § | |

## JOINDER IN REMOVAL

My name is Glenn Klupsak. I am one of the defendants in this action. I am a citizen of the State of Nevada.

I hereby consent to removal of this action from the 162nd District Court of Dallas County, Texas to this Court, and join in the Notice of Removal filed with the clerk of this Court by defendants Beacon Bay Asset Management, LLC and James Virgil Willis.

Signed this __11th__ day of July 2017.

_____
Glenn Klupsak
599 Crest Lane Unit 1
Incline Village, Nevada 89451