# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 162nd District Court of Dallas County | DC-17-05369 |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Please see attached sheet | Please see attached sheet |
    |  |  |
    |  |  |
    |  |  |
    |  |  |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?   ☑ Yes    ☐ No

    If "*Yes*," by which party and on what date?

    Annmarie Mota, Plaintiff                    May 5, 2017
    Party                                       Date

Supplemental Civil Cover Sheet
Page 2 of 2

4. **Answer:**

    Was an Answer made in State Court?  ☐ Yes   ☑ No

    If "*Yes*," by which party and on what date?

    _____          _____
    Party                                                                                  Date

5. **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason(s) for No Service |
    |---|---|
    | Glenn Klupsak | Unknown |
    |  |  |
    |  |  |
    |  |  |
    |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    | Party | Reason |
    |---|---|
    | None | N/A |

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | Party | Claim(s) |
    |---|---|
    | Annmarie Mota, Plaintiff | Violation of the Texas Securities Act, Breach of Contract, Negligence, Negligent Misrepresentation, Breach of Fiduciary Duty, and Fraud |

# Attachment to Supplemental Civil Cover Sheet for Cases Removed from State Court

**2.** **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Annmarie Mota<br>Plaintiff | Tracy Stoneman<br>State Bar No. 19309750<br>Stoneman Law<br>301 Snowcrest<br>Westcliffe, Colorado  81252<br>Telephone:  (719) 783-0303 |
| Beacon Bay Asset Management, LLC<br>James Virgil Willis<br>Defendants | N. Henry Simpson, III<br>Texas Bar No. 18403700<br>Robert Ruotolo<br>Texas Bar No. 17398700<br>Busch Ruotolo & Simpson, LLP<br>1700 Pacific Avenue, Suite 2320<br>Dallas, Texas  75201<br>Telephone:  (214) 855-2880 |
| Glenn Klupsak<br>Defendant | None at this time |