IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANNMARIE MOTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-1862-N-BN |
| | § | |
| BEACON BAY ASSET MANAGEMENT, | § | |
| LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Defendant James Virgil Willis purported to file an objection on behalf of Beacon Bay Asset Management LLC. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore ORDERS the following:

(1) that Defendants Beacon Bay Asset Management, LLC's and James Virgil Willis' Amended Answer [Dkt. No. 35] be stricken as to Defendant Beacon Bay Asset Management, LLC only;

(2) that Defendant Beacon Bay Asset Management, LLC is in default;

(3) that the Clerk of Court shall, pursuant to Federal Rule of Civil Procedure 55(a), enter default against Defendant Beacon Bay Asset Management, LLC; and

(4) that Plaintiff Annmarie Mota shall move, by no later than 30 days from the date of entry of this order, for default judgment against Defendant Beacon Bay Asset Management, LLC for failure to appear by and through counsel.

SO ORDERED this 30th day of July, 2018.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE