IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANNMARIE MOTA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv01862-N |
| | § | |
| BEACON BAY ASSET | § | |
| MANAGEMENT, LLC, | § | |
| JAMES VIRGIL WILLIS, and | § | |
| GLENN KLUPSAK | § | |
| *Defendants*. | § | |

### ORDER ON AGREED MOTION TO SEAL AGREED JUDGMENTS

The Court, having reviewed the Agreed Motion to Seal Agreed Judgments (docs. 71 and 72) filed by Plaintiff hereby grants Plaintiff's Motion.

The Agreed Judgments shall remained sealed by the Court until such time that Plaintiff notifies the Court that a Defendant has defaulted in its payments or settlement obligations, at which point the Agreed Judgment against that Defendant will be unsealed.

Signed September 18, 2018.

_____
David C. Godbey
United States District Judge